# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| VINCENT DANDURAND, | ) | |
| Plaintiff(s), | ) | 2:08-cv-0191-RLH-RJJ |
| vs. | ) | **O R D E R** |
| DEBRA DONOHUE, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#8, filed March 3, 2009), entered by the Honorable Robert J. Johnston regarding Plaintiff's failure to appear for hearing and failure to prosecute the case. No objection was filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and Recommendation (#8, entered March 3, 2009) is ACCEPTED and ADOPTED, and the case is dismissed.

Dated: March 25, 2009.

_____
ROGER L. HUNT
Chief U.S. District Judge